B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Decker, Michael Dow** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Decker, Thea Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9188** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1926** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2017 Trailide Village Ave.**<br>**Henderson, NV**                          ZIP Code **89012** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2017 Trailide Village Ave.**<br>**Henderson, NV**                          ZIP Code **89012** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Decker, Michael Dow**<br>**Decker, Thea Marie** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Dow Industries** | Case Number:<br>**09-25466-lbr** | Date Filed:<br>**8/21/09** |
| District:<br>**NV** | Relationship:<br>**President** | Judge:<br>**Riegle** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ H. Stan Johnson, Esq.            January 29, 2010**<br>Signature of Attorney for Debtor(s)            (Date)<br>**H. Stan Johnson, Esq.** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Decker, Michael Dow**<br>**Decker, Thea Marie** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Dow Decker**
Signature of Debtor  **Michael Dow Decker**

X **/s/ Thea Marie Decker**
Signature of Joint Debtor **Thea Marie Decker**

Telephone Number (If not represented by attorney)

**January 29, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ H. Stan Johnson, Esq.**
Signature of Attorney for Debtor(s)

 **H. Stan Johnson, Esq. 0265**
Printed Name of Attorney for Debtor(s)

 **CJD Law Group, LLC**
Firm Name

 **6293 Dean Martin Drive, Ste. G**
 **Las Vegas, NV 89118**

_____
Address

                         **Email: cjbarnabi@cjdnv.com**
 **702-823-3500  Fax: 702-823-3400**
Telephone Number

 **January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **Michael Dow Decker**
       **Thea Marie Decker**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

      ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
           ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
           ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
           ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

           Signature of Debtor:    **/s/ Michael Dow Decker**
                                        **Michael Dow Decker**
           Date:    **January 29, 2010**

Certificate Number: 01267-NV-CC-009747192

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 29, 2010 _____, at 11:51 _____ o'clock AM CST _____,

Michael D Decker _____ received from

Money Management International, Inc. _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Nevada _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet _____.

Date: January 29, 2010 _____          By      /s/Scholar Weaver _____

                                         Name    Scholar Weaver _____

                                         Title   Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re **Michael Dow Decker**
**Thea Marie Decker**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        □ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Thea Marie Decker**
                       **Thea Marie Decker**

Date:    **January 29, 2010**

Certificate Number: 01267-NV-CC-009747197

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 29, 2010 _____, at 11:51 _____ o'clock AM CST _____,

Thea M Decker _____ received from

Money Management International, Inc. _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Nevada _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet _____.

Date: January 29, 2010 _____       By      /s/Scholar Weaver _____

                                         Name   Scholar Weaver _____

                                         Title   Counselor _____

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Michael Dow Decker
Thea Marie Decker
2017 Trailide Village Ave.
Henderson, NV 89012

H. Stan Johnson, Esq.
CJD Law Group, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118

84 Lumber
4330 S. Decatur Blvd.
Las Vegas, NV 89103

A-1 Concrete Cutter
6470 Procyon Street, Ste. A
Las Vegas, NV 89118

A-1 Security Limited
917 1st Street
Las Vegas, NV 89101

Aaron Bouch
c/o Justice Injury Lawyers
City Centre Place
400 S. 4th Str., Ste. 280
Las Vegas, NV 89101

Abatix Corp.
P.O. Box 671202
Dallas, TX 75267-1202

ABC Locksmith, Inc.
3981 E. Sunset Road, Ste. E
Las Vegas, NV 89120

Advanced Workshop St.
17821 E. 17th Street, Ste. 260
Tustin, CA 92780

Airgas West
P.O. Box 7423
Pasadena, CA 91109-7423

Ajovi
3867 Valley View Blvd., #30
Las Vegas, NV 89103

Alarmco Inc.
2007 Las Vegas Blvd. South
Las Vegas, NV 89104-2555

All Hose
4300 N. Pecos Rd. #2
Las Vegas, NV 89115-0140

All Hose St, LLC
3105 W. Post Rd.
Las Vegas, NV 89118

Allen Drilling, Inc.
4015 W. Tompkins Ave.
Las Vegas, NV 89103

American Fence & Service Co.
P.O. Box 19040
Phoenix, AZ 85005-9040

American Sand & Gravel
5260 Beasley Dr.
Las Vegas, NV 89115

Apache Electric
4300 N. Pecos #25
Las Vegas, NV 89115

Apco Electric
3432 N. 5th Street
North Las Vegas, NV 89032

Arnold Machinery Company
P.O. Box 30020
Salt Lake City, UT 84130

Arroyo Engineering
7550 Peavine Ridge S.
Las Vegas, NV 89139

Associated Building & Construction
5070 Arville Street, Ste. 4
Las Vegas, NV 89118

Associated General Construction
150 N. Durango Drive, Ste. 100
Las Vegas, NV 89145

Aztech Material Tst
4510 Hacienda Ave.
Las Vegas, NV 89118

B&H Radiator Service
1400 Foremaster Ln.
Las Vegas, NV 89101

Bank Of America
Acct No xxxxxxxxxx0399
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
Acct No 6262
Po Box 17054
Wilmington, DE 19850

Bank Of Nevada
Acct No xxxxxxxxxxxxxxxxx0708
3500 W Sabara Ave
Las Vegas, NV 89102

Bl Str Bar & Tr
2951 N. Lamont Street
Las Vegas, NV 89115

Blaine Equipment Company, Inc.
Acct No x6776
c/o John Condemi
3540 N. 5th Street
North Las Vegas, NV 89032

Blue Star Barricade
2951 N. Lamont Street
Las Vegas, NV 89115

Brady Industry, Inc.
7055 Lindell Road
Las Vegas, NV 89118

Brian Gyfteas
c/o Justice Injury Lawyers
City Centre Place
400 S., 4th Str., Ste. 280
Las Vegas, NV 89101

Bwmn Distribution Bm
Dept. CH 14079
Las Vegas, NV 89115

Canyon State Oil Company, Inc.
c/o Janet Trost, Esq.
6881-B West Charleston Blvd.
Las Vegas, NV 89117

Capital 1 Bank
Acct No xxxxxxxx0060
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Carina Corp.
c/o Lee Hernandez Brooks, et al.
7575 Vegas Drive, Ste. 150
Las Vegas, NV 89128

Cashman Equipment Company
File #56751
Los Angeles, CA 90074-6751

Caterpillar Finance Company
P.O. Box 730669
Dallas, TX 75373-0669

Caterpillar Financial Services Corp.
P.O. Box 100647
Pasadena, CA 91189-0647

Cemex
P.O. Box 100497
Pasadena, CA 91189-0497

Chase
Acct No xxxxxxxxx3143
9451 Corbin Avenue
Northridge, CA 91328

Chase
Acct No xxxxxxxxx3150
Po Box 1093
Northridge, CA 91328

Christy DeSantis
c/o Justice Injury Lawyers
City Centre Place
400 S. 4th Str, Ste. 280
Las Vegas, NV 89101

Chy Aut Pr., Inc.
4675-C S. Polaris Ave.
Las Vegas, NV 89103

Cintas Corporation
2640 Kiel Way
North Las Vegas, NV 89030

Citibank
Acct No xx3905
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

City National Bank
Special Assets Division
555 S. Flower Street, 16th Floor
Los Angeles, CA 90071

City of Henderson
P.O. Box 95007
Henderson, NV 89009

City of North Las Vegas
Attn: Utility Department
2829 Sumter Dr.
North Las Vegas, NV 89030

City of North Las Vegas
2829 Fort Sumter Dr.
North Las Vegas, NV 89030

Clark County Assessor
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Development
P.O. Box 551799
Las Vegas, NV 89155-1799

Clark County Fire Dept.
575 E. Flamingo Road
Las Vegas, NV 89119

Cmplt Trffc Sol
4397 W. Sunset Rd., #8
Las Vegas, NV 89118

Cncntr Medc Cnt
P.O. Box 5950
Sparks, NV 89432-5950

Cny St Ol Cm Inc.
POB 31001-1224
Pasadena, CA 91110-1224

Colson Services
c/o Nevada State Development Corp.
1551 Desert Crossing Court, #100
Las Vegas, NV 89144

Countrywide Home Lending
Acct No xxxx8710
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx0677
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Cox Communications
121 S. Martin Luther King Blvd.
Las Vegas, NV 89102

Crg & Pik In Ag
2603 W. Charleston Blvd.
Las Vegas, NV 89102

Crt Fir Pr., Inc.
3400 West Desert Inn Rd.
Las Vegas, NV 89102

Crt Stl C., Inc.
4565 Wynn Rd.
Las Vegas, NV 89103

Dana Kepner Company
700 Alcott
Denver, CO 80204

Desr Ind. Gas Co.
Los Angeles, CA 90060-0668

Diamond Concrete Cutting, LLC
80 Corporate Park Dr.
Henderson, NV 89074

Drk Trk & Tr NV
2628 Losee Road
North Las Vegas, NV 89030

Dust Busters, LLC
34 W. Mayflower
North Las Vegas, NV 89030

E*trade Credit Card
Acct No xxxxxxxxxxxx0553
101 Crossways Park
Woodbury, NY 11797

Eagle Promotions
4575 W. Post Road, Ste. 100
Las Vegas, NV 89118

Embarq Yellow Pages
8400 Innovation Way
Chicago, IL 60682-0084

Emergency Roads Assoc.
4580 Alto Ave.
Las Vegas, NV 89115

Fastners Inc.
Las Vegas, NV 89180

Federal Express Corp.
P.O. Box 7221
Pasadena, CA 91109-7321

Ferguson Enterprises
740 Cape Horn Drive
Henderson, NV 89011

Firebird Comm. Tir
North Las Vegas, NV 89030


Firebird Commercial Tire
1205 E. Colton Ave.
North Las Vegas, NV 89030

Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

Fr, An & Ln, LLC
3065 S. Jones Blvd., Ste. 100
Las Vegas, NV 89146-6701

Friendly Ford
660 No. Decatur Blvd.
Las Vegas, NV 89107

Frontr Rad, Inc.
270 E. Pamalyn Ave.
Las Vegas, NV 89119

Frs Ins. Fnd Cr.
8075 Innovation Way
Chicago, IL 60682

FSP Unlimited
4731 Post Road, #120
Las Vegas, NV 89118

Geneva Pipe
P.O. Box 488
Moapa, NV 89025

Geotech Enviromental Services
7150 Placid Street
Las Vegas, NV 89119

Geoteck Inc.
6835 S. Esc St., Ste. A
Las Vegas, NV 89119

Gilbert's Prc Mch
2685 Industrial Road
Las Vegas, NV 89109

Green Valley Security
3800 E. Patrick Lane, Ste. 1
Las Vegas, NV 89120

Grnbrry Sup Crp
P.O. Box 90550
Phoenix, AZ 85066-0550

H&E Eq Sr, LLC
P.O. Box 849850
Dallas, TX 75284-9850

HD Supply Waterworks, LP
c/o Peel Brimley
3333 E. Serene Avenue, Ste. 200
Henderson, NV 89074-6571

Hertz Rental Equipment
P.O. Box 650280
Dallas, TX 75265-0280

HSBC Business Sol.
P.O. Box 5239
Carol Stream, IL 60197

Hydro Conduit Corp.
P.O. Box 100497
Pasadena, CA 91189-0497

IKON Financial Services
P.O. Box 650073
Dallas, TX 75265-0073

IKON Financial Services
P.O. Box 650073
Dallas, TX 75265-0073

Impact Sand & Gravel Service
250 Pilot Rd., Ste. 150
Las Vegas, NV 89119

Integrity Chrysler
6770 Redwood Street
Las Vegas, NV 89118

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Interstate Parts & Supply
1200 N. Hwy. 89
Mapleton, UT 84664-3139

J&J Entr., Inc.
5920 W. Cougar Ave.
Las Vegas, NV 89139

Jack Doheny Supplies, Inc.
P.O. Box 609
Northville, MI 48167

Jensen Pre-Cast
3853 Losee Road
North Las Vegas, NV 89030

Kamn Indstr Tch
P.O. Box 25356
Los Angeles, CA 90074-5356

Kohls/chase
Acct No xxxxxxxx8352
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Komts Equipment Co.
P.O. Box 84236
Dallas, TX 75284-2326

Kummer Kaempfer Bonner & Renfro
510 W. Fourth Street
Las Vegas, NV 89109

Lamb Asaphalt Maint.
2516 Losee Rd.
North Las Vegas, NV 89030

Las Vegas DSL Elc
3433 Losee Road, #6
North Las Vegas, NV 89030

Las Vegas Knworth
3033 Losee Road
North Las Vegas, NV 89030

Las Vegas Paving
4420 S. Decatur Blvd.
Las Vegas, NV 89103

Las Vegas Review Journal
P.O. Box 70
Las Vegas, NV 89125

Las Vegas TI R, Inc.
2069 N. Christy LAne
Las Vegas, NV 89156

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Marisa USA Inc.
3745 Losee Road
North Las Vegas, NV 89030

Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

McIntsh Communications
4640 S. Arville, Ste. E
Las Vegas, NV 89103

MD Hydraulics, Inc.
820 E. Duarte Rd.
Monrovia, CA 91017

Mnsn Engineering Inc.
960 S. Main
Salt Lake City, UT 84101

Mobile Strg Group
P.O. Box 10999
Burbank, CA 91510

Mobile Truck & Cns
39980 Via Oporta
Murrieta, CA 92562-5583

Mpower Communications
P.O. Box 60767
Los Angeles, CA 90060-0767

Mtl Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466

Neff Rental
3682 South Valley View Blvd.
Las Vegas, NV 89103

Nevada Bolt
P.O. Box 531463
Henderson, NV 89053

Nevada House of Hose
1015 Sharp Cir.
North Las Vegas, NV 89030

Nevada Power Company
P.O. Box 30086
Reno, NV 89520-3086

Nevada Trns & Las
5720 S. Arville #110
Las Vegas, NV 89118-3037

NV Energy
P.O. Box 30086
Reno, NV 89520-3086

Off Dep. Crd Pln.
P.O. Box 70025
Los Angeles, CA 90074-0025

Olson Precast Company
2750 Marion Drive
Las Vegas, NV 89115

Pacific Cor Pipe Co.
P.O. Box 2450
Newport Beach, CA 92658

Paul DeLong
P.O. Box 750609
Las Vegas, NV 89136

PDM St. Sr. C. Inc.
3328 Losee Road
North Las Vegas, NV 89030

PDQ Printing
3820 S. VAlley View Blvd.
Las Vegas, NV 89103

Pip Mnt Srv. Inc.
4101 E. Lone Mountain
North Las Vegas, NV 89081

Pipelogistx, LLC
3620 N. Rach Dr. #102
Las Vegas, NV 89130

Pnr Plumbing, Inc.
3017 Sheridan St., #6
Las Vegas, NV 89102

Praxair
P.O. Box 120812
Dept. O
Dallas, TX 75312-0812

Prm Grading & Pavement
3520 Losee Rd.
North Las Vegas, NV 89030

Prm Trf Cn, Inc.
P.O. Box 26644
Las Vegas, NV 89126

Pto Sales
Los Angeles, CA 90074-9265

Quality Ford Truck
North Las Vegas, NV 89030

R&O Construction
933 Wall Avenue
Ogden, UT 84404

R.E.F.S. INC.
9070 Irvine Center Drive, Suite 120
Irvine, CA 92618

RAM Enterprises, Inc.
205 NE 181st Ave.
Portland, OR 97230

Rebel Oil Co.
2200 S. Highland Dr.
Las Vegas, NV 89102-4812

Republic Financial Corporation
3300 S. Parker Rd., Ste. 500
Aurora, CO 80014

Rob El, Inc.
P.O. Box 30389
Laughlin, NV 89028

Rockway Precast
3840 N. Bruce Street
North Las Vegas, NV 89030

Rockway Precast
3840 N. Bruce Street
North Las Vegas, NV 89030

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Safety-Kleen
P.O. Box 7170
Pasadena, CA 91109-7170

Schffr Mfg. Co.
Dept. 3518
Saint Louis, MO 63179-0100

Scrmnt Dept. Chld Support Services
Rancho Cordova, CA 95741-9058


Service Rock Products
601 W. Bonanza
Las Vegas, NV 89106

Silver State Bank
2301 Renaissance Dr.
Las Vegas, NV 89119

Silver State Materials Co.
4005 Dean Martin Drive
Las Vegas, NV 89103

Sl St. Wr. Rp & R
8740 S. Jones Blvd.
Las Vegas, NV 89139

Smog Hut, Inc.
5770 W. Rosada Way
Las Vegas, NV 89130

Smps' Glass & Tint
10300 W. Charleston Blvd. #13-193
Las Vegas, NV 89135

Snd Mn & Cn, LLC
Dept. CH-10576
Palatine, IL 60055-0576

Sns Equipment Co., LLC
P.O. Box 52581
Phoenix, AZ 85072

Southern Nevada Paving
P.O. Box 79436
City Of Industry, CA 91716-9436

Southwest Pnsn Services
2330 Paseo Del Prado, C-107
Las Vegas, NV 89102

Sprint - Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181

Standard Batteries
P.O. Box 1242
Salt Lake City, UT 84110

Sticha Trucking, Inc.
8550 W. Desert Inn Rd., Ste. 102-114
Las Vegas, NV 89117

Summit Engineering Corp.
313 Pilot Rd.
Las Vegas, NV 89119

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Syrberus
1153 Bergen Pkwy.
Evergreen, CO 80439

T&L Equipment, Inc.
3802 Civic Center Drive
North Las Vegas, NV 89030

Telepipe, LLC
3903 West Martin Ave.
Las Vegas, NV 89118

Terex Utilities
12210 Collect Center Dr.
North Las Vegas, NV 89030

Terminex Process Cnt.
P.O. Box 742592
Cincinnati, OH 45274-2592

TIB
c/o Marchand & Moraine, LLP
10000 N. Central Expressway, Ste. 1043
Dallas, TX 75231

Towbin Dodge
275 Auto Mall Drive
Henderson, NV 89014

Tracy Moore
c/o Justice Injury Lawyers
City Centre Place
400 S. 4th Str., Ste. 280
Las Vegas, NV 89101

Travelers
13607 Collections Center Drive
Chicago, IL 60693

Trench Plate Rental Company
13217 Laureldale Ave.
Downey, CA 90242

Trn Plt Rnt Co.
13217 Laureldale Ave.
Downey, CA 90242

Trnty Leasing Cmpn
Albuquerque, NM 87190


Truck Parts Equipment
P.O. Box 1624
Sparks, NV 89432

US Acquisition PropertyI, LLC
Acct No x-xx-xxx967-C
C/O Brownstein Hyatt Faber Schrek
100 City Parkway, Suite 1600
Las Vegas, NV 89106

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622

Volvo Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170-0236

W.E. Hall Company, Inc. dba Pacific
Corragated Pipe
c/o David L. Brault, Esq.
23101 Lake Center Drive, Ste. 140
Lake Forest, CA 92630

W.W. Grngr, Inc.
Dept. 842669541
Kansas City, MO 64141-6267

Wadley Construction, Inc.
c/o Susan Frankewich, Ltd.
3210 West Charleston Blvd. Suite 4
Las Vegas, NV 89102

Wells Fargo
Acct No xxxxxxxxxxxx9001
Po Box 60510
Los Angeles, CA 90060

Wells Fargo Equipment Finance Inc.
420 Montgomery Sreet
San Francisco, CA 94104

Werdo Inc.
4660 Flippin Street
Las Vegas, NV 89115

White Cap Industries
5035 Schuster Street
Las Vegas, NV 89118

Williams Scts Inc.
P.O. Box 91975
Chicago, IL 60693-1975

Zur Ded Rec Grp.
NW 5608 - POB 1450
Minneapolis, MN 55485-5608

Zurich American Insurance Company
Attn: Marc Ouimet
9th Floor, Tower 2
1400 American Lane
Schaumburg, IL 60196