DAVID A. ROSENBERG
Nevada Bar No.: 10738                                    E-Filed January 10, 2011
US BANKRUPTCY TRUSTEE
5030 Paradise Road., #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:**<br>**MICHAEL DECKER**<br>**THEA DECKER**<br><br>**Address:**<br>**2017 TRAILIDE VILLAGE AVE.**<br>**HENDERSON, NV 89012**<br>                    **Debtor(s)** | **Case No.: BK-S-10-11423 LBR**<br><br>**IN PROCEEDINGS UNDER CHAPTER 7**<br><br>**TRUSTEE'S NOTICE OF ASSETS AND**<br>**NOTICE TO FILE PROOF OF CLAIM.** |

    NOTICE IS HERBY GIVEN, pursuant to Bankruptcy Rule 3002C(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible.  Any creditor holding a claim against the above entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Fourth Floor, Las Vegas, NV 89101.**

    NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a)(7), to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of this notice.  The last date to file a Proof of Claim in this case is **04/14/11.**

    NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank. P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

**Dated this: Monday, January 10, 2011**

                                       **/s/ David A. Rosenberg           .**
                                       DAVID A. ROSENBERG, TRUSTEE

        **NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT.**
          **300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NV 89101**
      **CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED**

B 10 (Official Form 10) (12/07)

| **UNITED STATES BANKRUPTCY COURT**  DISTRICT OF | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor:<br>**MICHAEL DECKER & THEA DECKER** | Case Number:<br>BK-S-10-11423 LBR |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

- Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
 (*if known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

- Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

- Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**      $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   • Real Estate   • Motor Vehicle   • Other
   **Describe:**

   **Value of Property: $**_____   **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____   **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____   **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

- Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

- Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

- Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

- Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

- Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

- Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

   **Amount entitled to priority:**

      $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: breareymr          Page 1 of 4            Date Rcvd: Jan 10, 2011
Case: 10-11423               Form ID: pdf810          Total Noticed: 191


The following entities were noticed by first class mail on Jan 12, 2011.
db/jdb      +MICHAEL DOW DECKER,  THEA MARIE DECKER,   2017 TRAILIDE VILLAGE AVE.,   HENDERSON, NV 89012-3220
cr          +BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOM,  MILES, BAUER, BERGSTROM & WINTERS,
             2200 PASEO VERDE PARKWAY, STE 250,   HENDERSON, NV 89052-2704
cr          +US Acquisition Property I, LLC,   c/o Brownstein Hyatt Farber Schreck, LLP,
             Attn: L.J. Semenza, Esq.,   100 N. City Parkway,   Suite 1600,   Las Vegas, NV 89106-4614
5616132     +84 Lumber,   4330 S. Decatur Blvd.,   Las Vegas, NV 89103-5803
5616133     +A-1 Concrete Cutter,   6470 Procyon Street, Ste. A,   Las Vegas, NV 89118-3858
5616134     +A-1 Security Limited,   917 1st Street,   Las Vegas, NV 89101-6414
5616137     +ABC Locksmith, Inc.,   3981 E. Sunset Road, Ste. E,   Las Vegas, NV 89120-3925
5616135     +Aaron Bouch,   c/o Justice Injury Lawyers,   City Centre Place,   400 S. 4th Str., Ste. 280,
             Las Vegas, NV 89101-6202
5616138     +Advanced Workshop St.,   17821 E. 17th Street, Ste. 260,   Tustin, CA 92780-2161
5616139      Airgas West,   P.O. Box 7423,   Pasadena, CA 91109-7423
5616140     +Ajovi,   3867 Valley View Blvd., #30,   Las Vegas, NV 89103-2925
5616141     +Alarmco Inc.,   2007 Las Vegas Blvd. South,   Las Vegas, NV 89104-2522
5616142      All Hose,   4300 N. Pecos Rd. #2,   Las Vegas, NV 89115-0140
5616143     +All Hose St, LLC,   3105 W. Post Rd.,   Las Vegas, NV 89118-3840
5616144     +Allen Drilling, Inc.,   4015 W. Tompkins Ave.,   Las Vegas, NV 89103-5540
5616145      American Fence & Service Co.,   P.O. Box 19040,   Phoenix, AZ 85005-9040
5616146      American Sand & Gravel,   5260 Beasley Dr.,   Las Vegas, NV 89115
5616147     +Apache Electric,   4300 N. Pecos #25,   Las Vegas, NV 89115-0142
5616148     +Apco Electric,   3432 N. 5th Street,   North Las Vegas, NV 89032-8048
5616149     +Arnold Machinery Company,   P.O. Box 30020,   Salt Lake City, UT 84130-0020
5616151     +Associated Building & Construction,   5070 Arville Street, Ste. 4,   Las Vegas, NV 89118-4904
5616152     +Associated General Construction,   150 N. Durango Drive, Ste. 100,   Las Vegas, NV 89145-5604
5616153     +Aztech Material Tst,   4510 Hacienda Ave.,   Las Vegas, NV 89118-1532
5616154     +B&H Radiator Service,   1400 Foremaster Ln.,   Las Vegas, NV 89101-1134
5616156     +Bank Of America,   Acct No 6262,   Po Box 17054,   Wilmington, DE 19850-7054
5616155     +Bank Of America,   Acct No xxxxxxxxxx0399,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
5616157      Bank Of Nevada,   Acct No xxxxxxxxxxxxxxxxx0708,   3500 W Sabara Ave,   Las Vegas, NV 89102
5616158     +Bl Str Bar & Tr,   2951 N. Lamont Street,   Las Vegas, NV 89115-4524
5616160     +Blue Star Barricade,   2951 N. Lamont Street,   Las Vegas, NV 89115-4524
5616161     +Brady Industry, Inc.,   7055 Lindell Road,   Las Vegas, NV 89118-4703
5616162     +Brian Gyfteas,   c/o Justice Injury Lawyers,   City Centre Place,   400 S., 4th Str., Ste. 280,
             Las Vegas, NV 89101-6202
5616163      Bwmn Distribution Bm,   Dept. CH 14079,   Las Vegas, NV 89115
5651214     +CANYON STATE OIL COMPANY INC,   2640 N 31ST AVE,   PHEONIX AZ 85009-1523
5616165    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital 1 Bank,   Acct No xxxxxxxx0060,
             Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091)
5616172    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court:  Chase,   Acct No xxxxxxxxx3150,   Po Box 1093,   Northridge, CA 91328)
5616164     +Canyon State Oil Company, Inc.,   c/o Janet Trost, Esq.,   6881-B West Charleston Blvd.,
             Las Vegas, NV 89117-1673
5616166     +Carina Corp.,   c/o Lee Hernandez Brooks, et al.,   7575 Vegas Drive, Ste. 150,
             Las Vegas, NV 89128-0706
5616167      Cashman Equipment Company,   File #56751,   Los Angeles, CA 90074-6751
5616168      Caterpillar Finance Company,   P.O. Box 730669,   Dallas, TX 75373-0669
5616169      Caterpillar Financial Services Corp.,   P.O. Box 100647,   Pasadena, CA 91189-0647
5616170      Cemex,   P.O. Box 100497,   Pasadena, CA 91189-0497
5616171     +Chase,   Acct No xxxxxxxxx3143,   9451 Corbin Avenue,   Northridge, CA 91324-1665
5616173     +Christy DeSantis,   c/o Justice Injury Lawyers,   City Centre Place,   400 S. 4th Str, Ste. 280,
             Las Vegas, NV 89101-6202
5616174     +Chy Aut Pr., Inc.,   4675-C S. Polaris Ave.,   Las Vegas, NV 89103-5642
5616175      Cintas Corporation,   2640 Kiel Way,   North Las Vegas, NV 89030
5616176     +Citibank,   Acct No xx3905,   Attn:  Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
5616177     +City National Bank,   Special Assets Division,   555 S. Flower Street, 16th Floor,
             Los Angeles, CA 90071-2300
5616178     +City of Henderson,   P.O. Box 95007,   Henderson, NV 89009-5007
5616180     +City of North Las Vegas,   2829 Fort Sumter Dr.,   North Las Vegas, NV 89030-5201
5616179      City of North Las Vegas,   Attn: Utility Department,   2829 Sumter Dr.,
             North Las Vegas, NV 89030
5616181      Clark County Assessor,   P.O. Box 551401,   Las Vegas, NV 89155-1401
5616182      Clark County Development,   P.O. Box 551799,   Las Vegas, NV 89155-1799
5616183     +Clark County Fire Dept.,   575 E. Flamingo Road,   Las Vegas, NV 89119-0200
5616184     +Cmplt Trffc Sol,   4397 W. Sunset Rd., #8,   Las Vegas, NV 89118-6848
5616185      Cncntr Medc Cnt,   P.O. Box 5950,   Sparks, NV 89432-5950
5616186      Cny St Ol Cm Inc.,   POB 31001-1224,   Pasadena, CA 91110-1224
5616187     +Colson Services,   c/o Nevada State Development Corp.,   1551 Desert Crossing Court, #100,
             Las Vegas, NV 89144-7050
5616189     +Countrywide Home Lending,   Acct No xxxx0677,   Attention: Bankruptcy SV-314B,   Po Box 5170,
             Simi Valley, CA 93062-5170
5616188     +Countrywide Home Lending,   Acct No xxxx8710,   Attention: Bankruptcy SV-314B,   Po Box 5170,
             Simi Valley, CA 93062-5170
5616191     +Crg & Pik In Ag,   2603 W. Charleston Blvd.,   Las Vegas, NV 89102-2180
5616192     +Crt Fir Pr., Inc.,   3400 West Desert Inn Rd.,   Las Vegas, NV 89102-8354
5616193     +Crt Stl C., Inc.,   4565 Wynn Rd.,   Las Vegas, NV 89103-5311
5616194     +Dana Kepner Company,   700 Alcott,   Denver, CO 80204-4132
5616195      Desr Ind. Gas Co.,   Los Angeles, CA 90060-0668
5616196     +Diamond Concrete Cutting, LLC,   80 Corporate Park Dr.,   Henderson, NV 89074-8701
5616197     +Drk Trk & Tr NV,   2628 Losee Road,   North Las Vegas, NV 89030-4134
```

District/off: 0978-2          User: breareymr          Page 2 of 4          Date Rcvd: Jan 10, 2011
Case: 10-11423               Form ID: pdf810           Total Noticed: 191

```
5616200     +Eagle Promotions,   4575 W. Post Road, Ste. 100,   Las Vegas, NV 89118-3929
5616201      Embarq Yellow Pages,   8400 Innovation Way,   Chicago, IL 60682-0084
5616202     +Emergency Roads Assoc.,   4580 Alto Ave.,   Las Vegas, NV 89115-3471
5616199     +Etrade Credit Card,   Acct No xxxxxxxxxxxx0553,   101 Crossways Park,   Woodbury, NY 11797-2020
5616213     +FSP Unlimited,   4731 Post Road, #120,   Las Vegas, NV 89118-3944
5616203      Fastners Inc.,   Las Vegas, NV 89180
5616204      Federal Express Corp.,   P.O. Box 7221,   Pasadena, CA 91109-7321
5616205     +Ferguson Enterprises,   740 Cape Horn Drive,   Henderson, NV 89011-4020
5616206      Firebird Comm. Tir,   North Las Vegas, NV 89030
5616207     +Firebird Commercial Tire,   1205 E. Colton Ave.,   North Las Vegas, NV 89030-8067
5616208      Fleet Fueling,   P.O. Box 6293,   Carol Stream, IL 60197-6293
5616209     +Fr, An & Ln, LLC,   3065 S. Jones Blvd., Ste. 100,   Las Vegas, NV 89146-6780
5616210     +Friendly Ford,   660 No. Decatur Blvd.,   Las Vegas, NV 89107-1999
5616211     +Frontr Rad, Inc.,   270 E. Pamalyn Ave.,   Las Vegas, NV 89119-3508
5616212     +Frs Ins. Fnd Cr.,   8075 Innovation Way,   Chicago, IL 60682-0080
5616214     +Geneva Pipe,   P.O. Box 488,   Moapa, NV 89025-0488
5616215     +Geotech Enviromental Services,   7150 Placid Street,   Las Vegas, NV 89119-4203
5616216      Geoteck Inc.,   6835 S. Esc St., Ste. A,   Las Vegas, NV 89119
5616217     +Gilbert's Prc Mch,   2685 Industrial Road,   Las Vegas, NV 89109-1129
5616219      Grnbrry Sup Crp,   P.O. Box 90550,   Phoenix, AZ 85066-0550
5616220      H&E Eq Sr, LLC,   P.O. Box 849850,   Dallas, TX 75284-9850
5616221      HD Supply Waterworks, LP,   c/o Peel Brimley,   3333 E. Serene Avenue, Ste. 200,
             Henderson, NV 89074-6571
5616223     +HSBC Business Sol.,   P.O. Box 5239,   Carol Stream, IL 60197-5239
5616222      Hertz Rental Equipment,   P.O. Box 650280,   Dallas, TX 75265-0280
5616224      Hydro Conduit Corp.,   P.O. Box 100497,   Pasadena, CA 91189-0497
5616225      IKON Financial Services,   P.O. Box 650073,   Dallas, TX 75265-0073
5616229    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
             P.O. Box 21126,   Philadelphia, PA 19114-0326)
5616227     +Impact Sand & Gravel Service,   250 Pilot Rd., Ste. 150,   Las Vegas, NV 89119-3543
5616228     +Integrity Chrysler,   6770 Redwood Street,   Las Vegas, NV 89118-4630
5616230      Interstate Parts & Supply,   1200 N. Hwy. 89,   Mapleton, UT 84664-3139
5616231     +J&J Entr., Inc.,   5920 W. Cougar Ave.,   Las Vegas, NV 89139-6996
5616232     +Jack Doheny Supplies, Inc.,   P.O. Box 609,   Northville, MI 48167-0609
5616233     +Jensen Pre-Cast,   3853 Losee Road,   North Las Vegas, NV 89030-3326
5616234      Kamn Indstr Tch,   P.O. Box 25356,   Los Angeles, CA 90074-5356
5616236      Komts Equipment Co.,   P.O. Box 84236,   Dallas, TX 75284-2326
5616237      Kummer Kaempfer Bonner & Renfro,   510 W. Fourth Street,   Las Vegas, NV 89109
5616238     +Lamb Asaphalt Maint.,   2516 Losee Rd.,   North Las Vegas, NV 89030-4133
5616239     +Las Vegas DSL Elc,   3433 Losee Road, #6,   North Las Vegas, NV 89030-3322
5616240     +Las Vegas Knworth,   3033 Losee Road,   North Las Vegas, NV 89030-4113
5616241     +Las Vegas Paving,   4420 S. Decatur Blvd.,   Las Vegas, NV 89103-5803
5616242     +Las Vegas Review Journal,   P.O. Box 70,   Las Vegas, NV 89125-0070
5616243     +Las Vegas TI R, Inc.,   2069 N. Christy LAne,   Las Vegas, NV 89156-5600
5616244     +Las Vegas Valley Water District,   1001 S. Valley View Blvd.,   Las Vegas, NV 89107-4447
5616248     +MD Hydraulics, Inc.,   820 E. Duarte Rd.,   Monrovia, CA 91016-4275
5616245     +Marisa USA Inc.,   3745 Losee Road,   North Las Vegas, NV 89030-3325
5616246     +Marquis & Aurbach,   10001 Park Run Drive,   Las Vegas, NV 89145-8857
5616247     +McIntsh Communications,   4640 S. Arville, Ste. E,   Las Vegas, NV 89103-5342
5616249     +Mnsn Engineering Inc.,   960 S. Main,   Salt Lake City, UT 84101-2923
5616251      Mobile Truck & Cns,   39980 Via Oporta,   Murrieta, CA 92562-5583
5616252      Mpower Communications,   P.O. Box 60767,   Los Angeles, CA 90060-0767
5616253      Mtl Small Business Center,   P.O. Box 804466,   Kansas City, MO 64180-4466
5616259      NV Energy,   P.O. Box 30086,   Reno, NV 89520-3086
5616254     +Neff Rental,   3682 South Valley View Blvd.,   Las Vegas, NV 89103-1812
5616255     +Nevada Bolt,   P.O. Box 531463,   Henderson, NV 89053-1463
5616256     +Nevada House of Hose,   1015 Sharp Cir.,   North Las Vegas, NV 89030-8054
5616257      Nevada Power Company,   P.O. Box 30086,   Reno, NV 89520-3086
5616258      Nevada Trns & Las,   5720 S. Arville #110,   Las Vegas, NV 89118-3037
5616260      Off Dep. Crd Pln.,   P.O. Box 70025,   Los Angeles, CA 90074-0025
5616261     +Olson Precast Company,   2750 Marion Drive,   Las Vegas, NV 89115-4432
5616264     +PDM St. Sr. C. Inc.,   3328 Losee Road,   North Las Vegas, NV 89030-3329
5616265     +PDQ Printing,   3820 S. VAlley View Blvd.,   Las Vegas, NV 89103-2904
5616262     +Pacific Cor Pipe Co.,   P.O. Box 2450,   Newport Beach, CA 92658-8972
5616263     +Paul DeLong,   P.O. Box 750609,   Las Vegas, NV 89136-0609
5616266     +Pip Mnt Srv. Inc.,   4101 E. Lone Mountain,   North Las Vegas, NV 89081-2717
5616268     +Pnr Plumbing, Inc.,   3017 Sheridan St., #6,   Las Vegas, NV 89102-0735
5616269      Praxair,   P.O. Box 120812,   Dept. O,   Dallas, TX 75312-0812
5616270     +Prm Grading & Pavement,   3520 Losee Rd.,   North Las Vegas, NV 89030-3330
5616271     +Prm Trf Cn, Inc.,   P.O. Box 26644,   Las Vegas, NV 89126-0644
5616272      Pto Sales,   Los Angeles, CA 90074-9265
5616273      Quality Ford Truck,   North Las Vegas, NV 89030
5616274     +R&O Construction,   933 Wall Avenue,   Ogden, UT 84404-4800
5616275     +R.E.F.S. INC.,   9070 Irvine Center Drive, Suite 120,   Irvine, CA 92618-4678
5616276     +RAM Enterprises, Inc.,   205 NE 181st Ave.,   Portland, OR 97230-6615
5616277     +Rebel Oil Co.,   2200 S. Highland Dr.,   Las Vegas, NV 89102-4629
5616278     +Republic Financial Corporation,   3300 S. Parker Rd., Ste. 500,   Aurora, CO 80014-3522
5616279     +Rob El, Inc.,   P.O. Box 30389,   Laughlin, NV 89028-0389
5616280     +Rockway Precast,   3840 N. Bruce Street,   North Las Vegas, NV 89030-3360
5616282      Safeguard Business Systems,   P.O. Box 88043,   Chicago, IL 60680-1043
5616284      Schffr Mfg. Co.,   Dept. 3518,   Saint Louis, MO 63179-0100
5616285      Scrmnt Dept. Chld Support Services,   Rancho Cordova, CA 95741-9058
```

```
District/off: 0978-2          User: breareymr         Page 3 of 4           Date Rcvd: Jan 10, 2011
Case: 10-11423               Form ID: pdf810          Total Noticed: 191


5616286     +Service Rock Products,   601 W. Bonanza,   Las Vegas, NV 89106-3230
5616287     +Silver State Bank,   2301 Renaissance Dr.,   Las Vegas, NV 89119-6191
5616288     +Silver State Materials Co.,   4005 Dean Martin Drive,   Las Vegas, NV 89103-4137
5616289     +Sl St. Wr. Rp & R,   8740 S. Jones Blvd.,   Las Vegas, NV 89139-6994
5616290     +Smog Hut, Inc.,   5770 W. Rosada Way,   Las Vegas, NV 89130-2124
5616291     +Smps' Glass & Tint,   10300 W. Charleston Blvd. #13-193,   Las Vegas, NV 89135-1037
5616292      Snd Mn & Cn, LLC,   Dept. CH-10576,   Palatine, IL 60055-0576
5616293     +Sns Equipment Co., LLC,   P.O. Box 52581,   Phoenix, AZ 85072-2581
5616294      Southern Nevada Paving,   P.O. Box 79436,   City Of Industry, CA 91716-9436
5616295     +Southwest Pnsn Services,   2330 Paseo Del Prado, C-107,   Las Vegas, NV 89102-4336
5616296      Sprint - Nextel,   P.O. Box 4181,   Carol Stream, IL 60197-4181
5616297     +Standard Batteries,   P.O. Box 1242,   Salt Lake City, UT 84110-1242
5616298     +Sticha Trucking, Inc.,   8550 W. Desert Inn Rd., Ste. 102-114,   Las Vegas, NV 89117-4401
5616299     +Summit Engineering Corp.,   313 Pilot Rd.,   Las Vegas, NV 89119-3523
5616300      Sunbelt Rentals,   P.O. Box 409211,   Atlanta, GA 30384-9211
5616301     +Syrberus,   1153 Bergen Pkwy.,   Evergreen, CO 80439-9501
5616302     +T&L Equipment, Inc.,   3802 Civic Center Drive,   North Las Vegas, NV 89030-7524
5616306     +TIB,   c/o Marchand & Moraine, LLP,   10000 N. Central Expressway, Ste. 1043,
             Dallas, TX 75231-2326
5616303     +Telepipe, LLC,   3903 West Martin Ave.,   Las Vegas, NV 89118-4531
5616304      Terex Utilities,   12210 Collect Center Dr.,   North Las Vegas, NV 89030
5616305      Terminex Process Cnt.,   P.O. Box 742592,   Cincinnati, OH 45274-2592
5616307     +Towbin Dodge,   275 Auto Mall Drive,   Henderson, NV 89014-6707
5616308     +Tracy Moore,   c/o Justice Injury Lawyers,   City Centre Place,   400 S. 4th Str., Ste. 280,
             Las Vegas, NV 89101-6202
5616309     +Travelers,   13607 Collections Center Drive,   Chicago, IL 60693-0136
5616310     +Trench Plate Rental Company,   13217 Laureldale Ave.,   Downey, CA 90242-5140
5616311     +Trn Plt Rnt Co.,   13217 Laureldale Ave.,   Downey, CA 90242-5140
5616312      Trnty Leasing Cmpn,   Albuquerque, NM 87190
5616313     +Truck Parts Equipment,   P.O. Box 1624,   Sparks, NV 89432-1624
5616314     +US Acquisition PropertyI, LLC,   Acct No x-xx-xxx967-C,   C/O Brownstein Hyatt Faber Schrek,
             100 City Parkway, Suite 1600,   Las Vegas, NV 89106-4614
5616316      Volvo Financial Services,   P.O. Box 7247-0236,   Philadelphia, PA 19170-0236
5616317     +W.E. Hall Company, Inc. dba Pacific,   Corragated Pipe,   c/o David L. Brault, Esq.,
             23101 Lake Center Drive, Ste. 140,   Lake Forest, CA 92630-2894
5616318      W.W. Grngr, Inc.,   Dept. 842669541,   Kansas City, MO 64141-6267
5616319     +Wadley Construction, Inc.,   c/o Susan Frankewich, Ltd.,   3210 West Charleston Blvd. Suite 4,
             Las Vegas, NV 89102-1982
5616320     +Wells Fargo,   Acct No xxxxxxxxxxxxx9001,   Po Box 60510,   Los Angeles, CA 90060-0510
5616321     +Wells Fargo Equipment Finance Inc.,   420 Montgomery Sreet,   San Francisco, CA 94104-1207
5616322     +Werdo Inc.,   4660 Flippin Street,   Las Vegas, NV 89115-4429
5616324      Williams Scts Inc.,   P.O. Box 91975,   Chicago, IL 60693-1975
5616325      Zur Ded Rec Grp.,   NW 5608 - POB 1450,   Minneapolis, MN 55485-5608
5616326     +Zurich American Insurance Company,   Attn: Marc Ouimet,   9th Floor, Tower 2,
             1400 American Lane,   Schaumburg, IL 60196-5452

The following entities were noticed by electronic transmission on Jan 11, 2011.
5616136      E-mail/Text: Tammy_Bynum@abatix.com                           Abatix Corp.,   P.O. Box 671202,
             Dallas, TX 75267-1202
5616159     +E-mail/Text: cathy@blaineequipment.com                        Blaine Equipment Company, Inc.,
             Acct No x6776,   c/o John Condemi,   3540 N. 5th Street,   North Las Vegas, NV 89032-8049
5616190     +E-mail/Text: bankruptcy@cox.com                               Cox Communications,
             121 S. Martin Luther King Blvd.,   Las Vegas, NV 89106-4309
5616235     +E-mail/PDF: cr-bankruptcy@kohls.com Jan 11 2011 04:09:43      Kohls/chase,   Acct No xxxxxxxx8352,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
5616283      E-mail/Text: Bankruptcy@safety-kleen.com                      Safety-Kleen,   P.O. Box 7170,
             Pasadena, CA 91109-7170
5616315      E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 11 2011 03:00:09    Verizon Wireless,
             P.O. Box 9622,   Mission Hills, CA 91346-9622
                                                                                        TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMORGAN CHASE BANK N.A.
5616226*     IKON Financial Services,   P.O. Box 650073,   Dallas, TX 75265-0073
5616281*    +Rockway Precast,   3840 N. Bruce Street,   North Las Vegas, NV 89030-3360
5616150    ##+Arroyo Engineering,   7550 Peavine Ridge S.,   Las Vegas, NV 89139-5308
5616198    ##+Dust Busters, LLC,   34 W. Mayflower,   North Las Vegas, NV 89030-3950
5616218    ##+Green Valley Security,   3800 E. Patrick Lane, Ste. 1,   Las Vegas, NV 89120-3973
5616250    ##+Mobile Strg Group,   P.O. Box 10999,   Burbank, CA 91510-0999
5616267    ##+Pipelogistx, LLC,   3620 N. Rach Dr. #102,   Las Vegas, NV 89130-3153
5616323    ##+White Cap Industries,   5035 Schuster Street,   Las Vegas, NV 89118-1641
                                                                            TOTALS: 1, * 2, ## 6


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0978-2          User: breareymr          Page 4 of 4          Date Rcvd: Jan 10, 2011
Case: 10-11423                Form ID: pdf810          Total Noticed: 191
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                        **Signature:** ___Joseph Speetjens___