# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: DECKER, MICHAEL DOW | § Case No. 10-11423 |
| DECKER, THEA MARIE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Rosenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,490,830.41           Assets Exempt:  $9,530.41
*(without deducting any secured claims)*

Total Distribution to Claimants: $33,370.96     Claims Discharged
                                                Without Payment:  $946,675.75

Total Expenses of Administration:  $5,172.14

3) Total gross receipts of $    38,543.10   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $38,543.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,256,838.00 | $3,980.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,172.14 | 5,172.14 | 5,172.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 953,134.96 | 62,514.51 | 62,514.51 | 33,370.96 |
| **TOTAL DISBURSEMENTS** | $3,209,972.96 | $71,667.30 | $67,686.65 | $38,543.10 |

4) This case was originally filed under Chapter 7 on January 29, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2011           By: /s/David A. Rosenberg
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 09 Tax Refund | 1224-000 | 38,541.00 |
| Interest Income | 1270-000 | 2.10 |
| **TOTAL GROSS RECEIPTS** | | **$38,543.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | AMERICAN SAND AND GRAVEL | 4110-000 | unknown | 3,980.65 | 0.00 | 0.00 |
| NOTFILED | Bank Of Nevada | 4110-000 | 22,229.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 1,347,065.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 449,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 244,830.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 168,397.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 24,567.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,256,838.00** | **$3,980.65** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Rosenberg | 2200-000 | N/A | 471.48 | 471.48 | 471.48 |
| David A. Rosenberg | 2100-000 | N/A | 4,604.31 | 4,604.31 | 4,604.31 |
| International Sureties, LTD. | 2300-000 | N/A | 96.35 | 96.35 | 96.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,172.14 | 5,172.14 | 5,172.14 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANYON STATE OIL COMPANY INC | 7100-000 | 11,359.24 | 11,359.24 | 11,359.24 | 6,063.69 |
| 2 | ABATIX CORP. | 7100-000 | 10,917.50 | 10,917.50 | 10,917.50 | 5,827.88 |
| 3 | HOSE POWER USA | 7100-000 | N/A | 2,334.04 | 2,334.04 | 1,245.94 |
| 4 | KENWORTH SALES CO. INC. | 7100-000 | N/A | 6,675.39 | 6,675.39 | 3,563.40 |
| 5 | 84 LUMBER COMPANY | 7100-000 | 1,505.25 | 1,644.19 | 1,644.19 | 877.69 |
| 6U | AMERICAN SAND AND GRAVEL | 7100-000 | 11,481.77 | 11,481.77 | 11,481.77 | 6,129.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 339.00 | 347.38 | 347.38 | 185.44 |
| 8 | TOM REUTTEN | 7100-000 | N/A | 17,755.00 | 17,755.00 | 9,477.82 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 7100-000 | 519,419.72 | N/A | N/A | 0.00 |
| NOTFILED | A-1 Concrete Cutter | 7100-000 | 5,010.00 | N/A | N/A | 0.00 |
| NOTFILED | A-1 Security Limited | 7100-000 | 661.40 | N/A | N/A | 0.00 |
| NOTFILED | Aaron Bouch c/o Justice Injury Lawyers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ABC Locksmith, Inc. | 7100-000 | 231.81 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Workshop St. | 7100-000 | 1,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Airgas West | 7100-000 | 95.79 | N/A | N/A | 0.00 |
| NOTFILED | Ajovi | 7100-000 | 1,043.96 | N/A | N/A | 0.00 |
| NOTFILED | Alarmco Inc. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | All Hose | 7100-000 | 1,064.37 | N/A | N/A | 0.00 |
| NOTFILED | All Hose St, LLC | 7100-000 | 2,725.66 | N/A | N/A | 0.00 |
| NOTFILED | Allen Drilling, Inc. | 7100-000 | 5,555.00 | N/A | N/A | 0.00 |
| NOTFILED | American Fence & Service Co. | 7100-000 | 53.88 | N/A | N/A | 0.00 |
| NOTFILED | Apache Electric | 7100-000 | 4,962.50 | N/A | N/A | 0.00 |
| NOTFILED | Apco Electric | 7100-000 | 5,139.14 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Machinery Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arroyo Engineering | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Building & Construction | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated General Construction | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Aztech Material Tst | 7100-000 | 1,082.00 | N/A | N/A | 0.00 |
| NOTFILED | B&H Radiator Service | 7100-000 | 1,176.81 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 9,487.00 | N/A | N/A | 0.00 |
| NOTFILED | Bl Str Bar & Tr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blaine Equipment Company, Inc. c/o John Condemi | 7100-000 | 4,123.19 | N/A | N/A | 0.00 |
| NOTFILED | Blue Star Barricade | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brady Industry, Inc. | 7100-000 | 97.28 | N/A | N/A | 0.00 |
| NOTFILED | Brian Gyfteas c/o Justice Injury Lawyers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bwmn Distribution Bm | 7100-000 | 666.85 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 709.00 | N/A | N/A | 0.00 |
| NOTFILED | Carina Corp. c/o Lee Hernandez Brooks, et al. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cashman Equipment Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Finance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Financial Services Corp. | 7100-000 | 6,101.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cemex | 7100-000 | 4,664.58 | N/A | N/A | 0.00 |
| NOTFILED | Christy DeSantis c/o Justice Injury Lawyers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chy Aut Pr., Inc. | 7100-000 | 1,957.38 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation | 7100-000 | 5,400.61 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City National Bank Special Assets Division | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Henderson | 7100-000 | 702.00 | N/A | N/A | 0.00 |
| NOTFILED | City of North Las Vegas | 7100-000 | 273.32 | N/A | N/A | 0.00 |
| NOTFILED | City of North Las Vegas | 7100-000 | 880.12 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Assessor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Clark County Development | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Fire Dept. | 7100-000 | 3,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Cmplt Trffc Sol | 7100-000 | 7,127.50 | N/A | N/A | 0.00 |
| NOTFILED | Cncntr Medc Cnt | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Cny St Ol Cm Inc. | 7100-000 | 11,406.66 | N/A | N/A | 0.00 |
| NOTFILED | Colson Services c/o Nevada State Development Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 1,368.20 | N/A | N/A | 0.00 |
| NOTFILED | Crg & Pik In Ag | 7100-000 | 9,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Crt Fir Pr., Inc. | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | Crt Stl C., Inc. | 7100-000 | 12,873.51 | N/A | N/A | 0.00 |
| NOTFILED | Dana Kepner Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Desr Ind. Gas Co. | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Diamond Concrete Cutting, LLC | 7100-000 | 12,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Drk Trk & Tr NV | 7100-000 | 39.31 | N/A | N/A | 0.00 |
| NOTFILED | Dust Busters, LLC | 7100-000 | 4,448.50 | N/A | N/A | 0.00 |
| NOTFILED | E*trade Credit Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eagle Promotions | 7100-000 | 16.17 | N/A | N/A | 0.00 |
| NOTFILED | Embarq Yellow Pages | 7100-000 | 1,121.86 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Roads Assoc. | 7100-000 | 602.27 | N/A | N/A | 0.00 |
| NOTFILED | ETrade | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fastners Inc. | 7100-000 | 8,791.56 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express Corp. | 7100-000 | 168.86 | N/A | N/A | 0.00 |
| NOTFILED | Ferguson Enterprises | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Firebird Comm. Tir | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Firebird Commercial Tire | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fleet Fueling | 7100-000 | 8,908.95 | N/A | N/A | 0.00 |
| NOTFILED | Fr, An & Ln, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Friendly Ford | 7100-000 | 263.14 | N/A | N/A | 0.00 |
| NOTFILED | Frontr Rad, Inc. | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Frs Ins. Fnd Cr. | 7100-000 | 4,748.22 | N/A | N/A | 0.00 |
| NOTFILED | FSP Unlimited | 7100-000 | 380.16 | N/A | N/A | 0.00 |
| NOTFILED | Geneva Pipe | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Geotech Enviromental Services | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Geoteck Inc. | 7100-000 | 6,173.25 | N/A | N/A | 0.00 |
| NOTFILED | Gilbert's Prc Mch | 7100-000 | 226.28 | N/A | N/A | 0.00 |
| NOTFILED | Green Valley Security | 7100-000 | 3,550.40 | N/A | N/A | 0.00 |
| NOTFILED | Grnbrry Sup Crp | 7100-000 | 2,334.04 | N/A | N/A | 0.00 |
| NOTFILED | H&E Eq Sr, LLC | 7100-000 | 1,886.33 | N/A | N/A | 0.00 |
| NOTFILED | HD Supply Waterworks, LP c/o Peel Brimley | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hertz Rental Equipment | 7100-000 | 1,550.65 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Sol. | 7100-000 | 525.88 | N/A | N/A | 0.00 |
| NOTFILED | Hydro Conduit Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IKON Financial Services | 7100-000 | 3,781.62 | N/A | N/A | 0.00 |
| NOTFILED | IKON Financial Services | 7100-000 | 443.64 | N/A | N/A | 0.00 |
| NOTFILED | Impact Sand & Gravel Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Integrity Chrysler | 7100-000 | 401.57 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Parts & Supply | 7100-000 | 4,532.08 | N/A | N/A | 0.00 |
| NOTFILED | J&J Entr., Inc. | 7100-000 | 11,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Jack Doheny Supplies, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jensen Pre-Cast | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kamn Indstr Tch | 7100-000 | 648.39 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Komts Equipment Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kummer Kaempfer Bonner & Renfro | 7100-000 | 2,881.50 | N/A | N/A | 0.00 |
| NOTFILED | Lamb Asaphalt Maint. | 7100-000 | 8,720.00 | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas DSL Elc | 7100-000 | 1,679.51 | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas Knworth | 7100-000 | 8,849.27 | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas Paving | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas Review Journal | 7100-000 | 2,569.13 | N/A | N/A | 0.00 |
| NOTFILED | Las Vegas TI R, Inc. | 7100-000 | 963.34 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Las Vegas Valley Water District | 7100-000 | 1,476.81 | N/A | N/A | 0.00 |
| NOTFILED | Marisa USA Inc. | 7100-000 | 6,908.81 | N/A | N/A | 0.00 |
| NOTFILED | Marquis & Aurbach | 7100-000 | 2,644.80 | N/A | N/A | 0.00 |
| NOTFILED | McIntsh Communications | 7100-000 | 216.00 | N/A | N/A | 0.00 |
| NOTFILED | MD Hydraulics, Inc. | 7100-000 | 1,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Mnsn Engineering Inc. | 7100-000 | 29.04 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Strg Group | 7100-000 | 2,078.59 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Truck & Cns | 7100-000 | 1,028.55 | N/A | N/A | 0.00 |
| NOTFILED | Mpower Communications | 7100-000 | 1,162.59 | N/A | N/A | 0.00 |
| NOTFILED | Mtl Small Business Center | 7100-000 | 2,650.82 | N/A | N/A | 0.00 |
| NOTFILED | Neff Rental | 7100-000 | 2,810.28 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Bolt | 7100-000 | 553.68 | N/A | N/A | 0.00 |
| NOTFILED | Nevada House of Hose | 7100-000 | 307.84 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Power Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nevada Trns & Las | 7100-000 | 802.74 | N/A | N/A | 0.00 |
| NOTFILED | NV Energy | 7100-000 | 3,162.10 | N/A | N/A | 0.00 |
| NOTFILED | Off Dep. Crd Pln. | 7100-000 | 1,560.92 | N/A | N/A | 0.00 |
| NOTFILED | Olson Precast Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pacific Cor Pipe Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paul DeLong | 7100-000 | 5,973.25 | N/A | N/A | 0.00 |
| NOTFILED | PDM St. Sr. C. Inc. | 7100-000 | 4,070.48 | N/A | N/A | 0.00 |
| NOTFILED | PDQ Printing | 7100-000 | 368.61 | N/A | N/A | 0.00 |
| NOTFILED | Pip Mnt Srv. Inc. | 7100-000 | 5,037.50 | N/A | N/A | 0.00 |
| NOTFILED | Pipelogistx, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pnr Plumbing, Inc. | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Praxair | 7100-000 | 368.96 | N/A | N/A | 0.00 |
| NOTFILED | Prm Grading & Pavement | 7100-000 | 742.27 | N/A | N/A | 0.00 |
| NOTFILED | Prm Trf Cn, Inc. | 7100-000 | 7,084.00 | N/A | N/A | 0.00 |
| NOTFILED | Pto Sales | 7100-000 | 4,270.56 | N/A | N/A | 0.00 |
| NOTFILED | Quality Ford Truck | 7100-000 | 868.57 | N/A | N/A | 0.00 |
| NOTFILED | R&O Construction | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | R.E.F.S. INC. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RAM Enterprises, Inc. | 7100-000 | 2,750.74 | N/A | N/A | 0.00 |
| NOTFILED | Rebel Oil Co. | 7100-000 | 10,653.76 | N/A | N/A | 0.00 |
| NOTFILED | Republic Financial Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rob El, Inc. | 7100-000 | 557.94 | N/A | N/A | 0.00 |
| NOTFILED | Rockway Precast | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockway Precast | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Safeguard Business Systems | 7100-000 | 196.40 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen | 7100-000 | 265.85 | N/A | N/A | 0.00 |
| NOTFILED | Schffr Mfg. Co. | 7100-000 | 5,143.72 | N/A | N/A | 0.00 |
| NOTFILED | Scrmnt Dept. Chld Support Services | 7100-000 | 148.73 | N/A | N/A | 0.00 |
| NOTFILED | Service Rock Products | 7100-000 | 2,989.79 | N/A | N/A | 0.00 |
| NOTFILED | Silver State Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Silver State Materials Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sl St. Wr. Rp & R | 7100-000 | 1,282.82 | N/A | N/A | 0.00 |
| NOTFILED | Smog Hut, Inc. | 7100-000 | 1,261.00 | N/A | N/A | 0.00 |
| NOTFILED | Smps' Glass & Tint | 7100-000 | 1,499.28 | N/A | N/A | 0.00 |
| NOTFILED | Snd Mn & Cn, LLC | 7100-000 | 5,188.57 | N/A | N/A | 0.00 |
| NOTFILED | Sns Equipment Co., LLC | 7100-000 | 1,113.27 | N/A | N/A | 0.00 |
| NOTFILED | Southern Nevada Paving | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Southwest Pnsn Services | 7100-000 | 8,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint - Nextel | 7100-000 | 157.98 | N/A | N/A | 0.00 |
| NOTFILED | Standard Batteries | 7100-000 | 4,815.78 | N/A | N/A | 0.00 |
| NOTFILED | Sticha Trucking, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Summit Engineering Corp. | 7100-000 | 3,820.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunbelt Rentals | 7100-000 | 4,253.01 | N/A | N/A | 0.00 |
| NOTFILED | Syrberus | 7100-000 | 3,253.00 | N/A | N/A | 0.00 |
| NOTFILED | T&L Equipment, Inc. | 7100-000 | 1,176.93 | N/A | N/A | 0.00 |
| NOTFILED | Telepipe, LLC | 7100-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Terex Utilities | 7100-000 | 1,918.05 | N/A | N/A | 0.00 |
| NOTFILED | Terminex Process Cnt. | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | TIB c/o Marchand & Moraine, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Towbin Dodge | 7100-000 | 959.95 | N/A | N/A | 0.00 |
| NOTFILED | Tracy Moore c/o Justice Injury Lawyers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Travelers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trench Plate Rental Company | 7100-000 | 1,334.05 | N/A | N/A | 0.00 |
| NOTFILED | Trn Plt Rnt Co. | 7100-000 | 7,699.13 | N/A | N/A | 0.00 |
| NOTFILED | Trnty Leasing Cmpn | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Truck Parts Equipment | 7100-000 | 2,373.19 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | US Acquisition PropertyI, LLC C/O Brownstein Hyatt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 47.57 | N/A | N/A | 0.00 |
| NOTFILED | Volvo Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | W.E. Hall Company, Inc. dba Pacific Corragated Pipe | 7100-000 | 17,041.90 | N/A | N/A | 0.00 |
| NOTFILED | W.W. Grngr, Inc. | 7100-000 | 1,356.56 | N/A | N/A | 0.00 |
| NOTFILED | Wadley Construction, Inc. c/o Susan Frankewich, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Equipment Finance Inc. | 7100-000 | 9,026.69 | N/A | N/A | 0.00 |
| NOTFILED | Werdo Inc. | 7100-000 | 2,007.50 | N/A | N/A | 0.00 |
| NOTFILED | White Cap Industries | 7100-000 | 949.70 | N/A | N/A | 0.00 |
| NOTFILED | Williams Scts Inc. | 7100-000 | 879.45 | N/A | N/A | 0.00 |
| NOTFILED | Zur Ded Rec Grp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Zurich American Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 953,134.96 | 62,514.51 | 62,514.51 | 33,370.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-11423  
**Case Name:** DECKER, MICHAEL DOW  
DECKER, THEA MARIE  
**Period Ending:** 09/21/11

**Trustee:** (480023) David A. Rosenberg  
**Filed (f) or Converted (c):** 01/29/10 (f)  
**§341(a) Meeting Date:** 03/05/10  
**Claims Bar Date:** 04/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Checking Account No. XXXX6074<br>No value to estate | 135.13 | 0.00 | DA | 0.00 | FA |
| 2 | Wells Fargo Savings Account No. XXXX6911<br>No value to estate | 75.28 | 0.00 | DA | 0.00 | FA |
| 3 | E-Trade Account<br>No value to estate | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Ordinary household furniture<br>No value to estate | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Ordinary clothing<br>No value to estate | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 12 gauge shotgun<br>No value to estate | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | 22 rifle<br>No value to estate | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 | International Screening, LLC<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Vegas Equipment Company<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Dow Industries<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | International Laser Cutting, LLC<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Toyota Sequoia<br>No value to estate | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2008 Ford F-250<br>No value to estate | 16,700.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2017 Trailside Village Ave. Henderson,<br>No value to estate | 387,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2682 Ponte Vecchio Terrace, Henderson,<br>No value to estate | 1,062,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 09 Tax Refund  (u) | 38,541.00 | 38,541.00 | | 38,541.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.10 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-11423  **Trustee:** (480023)  David A. Rosenberg
**Case Name:** DECKER, MICHAEL DOW  **Filed (f) or Converted (c):** 01/29/10 (f)
DECKER, THEA MARIE  **§341(a) Meeting Date:** 03/05/10
**Period Ending:** 09/21/11  **Claims Bar Date:** 04/14/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 17 | Assets  Totals (Excluding unknown values) | $1,529,371.41 | $38,641.00 | | $38,543.10 | $0.00 |

**Major Activities Affecting Case Closing:**

Approval of TDR by USTO
Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**  September 28, 2012      **Current Projected Date Of Final Report (TFR):**  April 20, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-11423  
**Case Name:** DECKER, MICHAEL DOW  
DECKER, THEA MARIE  
**Taxpayer ID #:** **-***5513  
**Period Ending:** 09/21/11

**Trustee:** David A. Rosenberg (480023)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $3,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/10 | {16} | United States Treasury | 09 Tax Refund. | 1224-000 | 38,541.00 | | 38,541.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 38,541.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 38,541.34 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 38,541.65 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 38,541.97 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 38,542.29 |
| 01/31/11 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2011 FOR CASE #10-11423, Blanket Bond #016030865 | 2300-000 | | 96.35 | 38,445.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 38,446.23 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 38,446.55 |
| 04/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.20 | | 38,446.75 |
| 04/20/11 | | To Account #9200******2366 | Prepare for closing of case | 9999-000 | | 38,446.75 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 38,543.10 | 38,543.10 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 38,446.75 | |
| | | **Subtotal** | | | 38,543.10 | 96.35 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$38,543.10** | **$96.35** | |

{} Asset reference(s)

Printed: 09/21/2011 01:57 PM   V.12.57

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 10-11423 | **Trustee:** | David A. Rosenberg (480023) |
| **Case Name:** | DECKER, MICHAEL DOW | **Bank Name:** | The Bank of New York Mellon |
| | DECKER, THEA MARIE | **Account:** | 9200-******23-66 - Checking Account |
| **Taxpayer ID #:** | **-***5513 | **Blanket Bond:** | $3,500,000.00 (per case limit) |
| **Period Ending:** | 09/21/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/11 | | From Account #9200******2365 | Prepare for closing of case | 9999-000 | 38,446.75 | | 38,446.75 |
| 06/09/11 | 101 | CANYON STATE OIL COMPANY INC | Dividend paid 53.38% on $11,359.24; Claim# 1; Filed: $11,359.24; Reference: | 7100-000 | | 6,063.69 | 32,383.06 |
| 06/09/11 | 102 | ABATIX CORP. | Dividend paid 53.38% on $10,917.50; Claim# 2; Filed: $10,917.50; Reference: | 7100-000 | | 5,827.88 | 26,555.18 |
| 06/09/11 | 103 | HOSE POWER USA | Dividend paid 53.38% on $2,334.04; Claim# 3; Filed: $2,334.04; Reference: | 7100-000 | | 1,245.94 | 25,309.24 |
| 06/09/11 | 104 | KENWORTH SALES CO. INC. | Dividend paid 53.38% on $6,675.39; Claim# 4; Filed: $6,675.39; Reference: | 7100-000 | | 3,563.40 | 21,745.84 |
| 06/09/11 | 105 | 84 LUMBER COMPANY | Dividend paid 53.38% on $1,644.19; Claim# 5; Filed: $1,644.19; Reference: | 7100-000 | | 877.69 | 20,868.15 |
| 06/09/11 | 106 | AMERICAN SAND AND GRAVEL | Dividend paid 53.38% on $11,481.77; Claim# 6U; Filed: $11,481.77; Reference: | 7100-000 | | 6,129.10 | 14,739.05 |
| 06/09/11 | 107 | FIA Card Services, NA/Bank of America | Dividend paid 53.38% on $347.38; Claim# 7; Filed: $347.38; Reference: | 7100-000 | | 185.44 | 14,553.61 |
| 06/09/11 | 108 | TOM REUTTEN | Dividend paid 53.38% on $17,755.00; Claim# 8; Filed: $17,755.00; Reference: | 7100-000 | | 9,477.82 | 5,075.79 |
| 06/09/11 | 109 | David A. Rosenberg | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,075.79 | 0.00 |
| | | | Dividend paid 100.00% on $4,604.31; Claim# ; Filed: $4,604.31    4,604.31 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $471.48; Claim# ; Filed: $471.48    471.48 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 38,446.75 | 38,446.75    $0.00 |
| Less: Bank Transfers | 38,446.75 | 0.00 |
| **Subtotal** | 0.00 | 38,446.75 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$38,446.75** |

{} Asset reference(s)          Printed: 09/21/2011 01:57 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-11423 | **Trustee:** | David A. Rosenberg (480023) |
| --- | --- | --- | --- |
| **Case Name:** | DECKER, MICHAEL DOW | **Bank Name:** | The Bank of New York Mellon |
| | DECKER, THEA MARIE | **Account:** | 9200-******23-66 - Checking Account |
| **Taxpayer ID #:** | **-***5513 | **Blanket Bond:** | $3,500,000.00   (per case limit) |
| **Period Ending:** | 09/21/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******23-65** | **38,543.10** | **96.35** | **0.00** |
| **Checking # 9200-******23-66** | **0.00** | **38,446.75** | **0.00** |
| | **$38,543.10** | **$38,543.10** | **$0.00** |

{} Asset reference(s)    Printed: 09/21/2011 01:57 PM    V.12.57